AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States␣␣ District Court
Southern District of Texas
FILED

MAY 13 2016

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Sarahi CRUZ (Y.O.B. 1996)<br>Citizenship: United States<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. M-16-0920-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952, 963 | knowingly and intentionally import into the United States over 500 grams, that is approximately 540.29 grams of methamphetamine, and did conspire to import into the United States over 500 grams, that is approximately 540.29 grams, of methamphetamine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

OK to file.. TM

_____
*Complainant's signature*

Andrew J. Sneden, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/13/2016__

_____
*Judge's signature*

City and state: __McAllen, Texas__   U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

**Attachment "A"**

On May 12, 2016, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Hidalgo, Texas Port of Entry (POE.) CBP Officers (CBPOs) detained Sarahi CRUZ, a U.S. Citizen while attempting to enter the U.S. with 540.29 grams (gr) of methamphetamine concealed within her undergarments through the pedestrian lane. On May 2, 2016, CBPOs were notified by an anonymous caller that CRUZ would be attempting to smuggle narcotics into the U.S. through the CBP ports of entry and placed a lookout for CRUZ in the CBP database. CBPOs referred CRUZ for a more intensive inspection and discovered a bulge near her abdomen. A CBP K-9 narcotics detection team conducted a free air sniff of CRUZ which resulted in a positive alert for the odor of narcotics emanating from CRUZ. Upon further inspection CBPOs discovered two clear plastic heat sealed packages containing an off-white crystalline substance that field tested positive for the characteristics of methamphetamine. One package was concealed underneath a compression undergarment at her lower abdomen and the second package was in her underwear. The total weight of the two packages of methamphetamine is 540.29 gr.

HSI SA Sneden responded to the POE and conducted an interview with CRUZ, who after acknowledging her Miranda rights and agreeing to speak to SA Sneden without a lawyer present, stated she knew she was bringing "crystal" meth into the U.S. She stated that a man in Mexico known only as "GUERO" threatened to take her one year old son and harm her parents in Mexico if she did not bring the narcotics into Mexico. CRUZ stated she was to be compensated $300.00 in U.S. currency when she returned to Mexico after dropping the narcotics off to a man at the Whataburger restaurant in Hidalgo, TX. CRUZ stated she never saw weapons while she was dealing with "'GUERO" at the location where the narcotics originated in Mexico, or any time prior to her smuggling attempt. CRUZ stated she did not report the narcotics or the threat to her family because she was afraid of being arrested. At no time during the interview did CRUZ ask to speak to her child or parents or seem concerned about their immediate wellbeing.